Prob  12C (12/04)
(D/KS 06/15)

PACTS# 26169

# United States District Court
## for the
## District of Kansas

## Amended Petition for Warrant or Summons for Offender Under Supervision

Name of Offender:  **Ryan W. Antalek**     Case Number:  **1083 6:10CR10003-001**

Sentencing Judicial Officer:  Honorable Eric F. Melgren, U.S. District Judge

Date of Original Sentence:  10/25/2010

Original Offense:   Unlawful Transport of Firearms - Etc.

Original Sentence:  60 Months Prison, 36 Months Supervised Release

Type of Supervision:  TSR                                   Date Supervision Commenced:  02/06/2015
Asst. U.S. Attorney:  Chad J. Sublet                        Defense Attorney:  Steven K. Gradert

## PETITIONING THE COURT

☒ Other:  No warrant or summons requested as a summons has already been issued in this case.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Non-Compliance |
|---|---|
| 1 | **Standard Condition #7: "The defendant shall abstain from the use of alcohol and shall not purchase, possess, use, distribute or administer any controlled substances or any paraphernalia related to any controlled substances, except as prescribed by a physician."**<br><br>Mr. Antalek has submitted urine samples which have tested positive for marijuana on 10/02/2015, 12/03/2015, 1/20/2016, 01/29/2016, 02/17/2016, 02/19/2016, and 02/22/2016. Mr. Antalek has signed Admission of Use forms admitting to consuming marijuana prior to urine tests submitted on 10/02/2015, 12/03/2015, and 02/17/2016. The urine samples submitted on 01/20/2016, 01/29/2016, 02/19/2016, and 02/22/2016, were confirmed positive by the testing laboratory. At the time of this report, Mr. Antalek has not submitted a negative urine sample since first testing positive for marijuana in October 2015.<br><br>*For the purposes of applying the provisions of 18 U.S.C. §§ 3565(b)(4) or 3583(g)(4) (mandatory revocation for submitting more than three (3)* |

*positive drug tests in a 12 month period),* **the defendant has submitted 7 positive qualifying sample(s)**. *If the Court finds that the positive drug test(s) constitutes possession of a controlled substance the Court is required to revoke supervision and impose a sentence that includes a term of imprisonment. 18 U.S.C. §§ 3565(b), 3583(g).  The Court shall also consider whether the availability of appropriate substance abuse programs, or the offender's current  or past participation in such programs, warrants an exception from the requirement of mandatory revocation and imprisonment  under 18 U.S.C. §§ 3565(b), 3583(g).  18 U.S.C. §§ 3563(a), 3583(d).  U.S. v Hammonds, 370 F.3d 1032 (10th Cir. 2004).*

2  **Special Condition #2: "The defendant shall participate in an approved program for substance abuse, which may include drug/alcohol testing, counseling and inpatient treatment, and share in the costs, based on the ability to pay, at the direction of the United States Probation Office. The defendant shall abstain from the use of alcohol during the term of supervision."**

Mr. Antalek failed to report for substance abuse testing on 01/17/2016, 01/26/2016, 02/10/2016, 02/14/2016, 02/20/2016, and 03/12/2016.

3  **Mandatory Condition: "The defendant shall not unlawfully possess a controlled substance."**

Mr. Antalek possessed Marijuana in Sedgwick County, Kansas, a Class A Misdemeanor punishable by a term of imprisonment of one year, as evidenced by the positive drug tests he submitted for this substance on 10/02/2015, 12/03/2015, 1/20/2016, 01/29/2016, 02/17/2016, 02/19/2016, and 02/22/2016, in violation of K.S.A. 21-5701 and 21-5706.

4  **Standard Condition #1: "The defendant shall not leave the judicial district without permission of the Court or the probation officer."**

On or about 03/09/2016, Mr. Antalek received a traffic citation for speeding in Las Animas, Colorado.  Mr. Antalek did not obtain permission to leave the judicial district prior to traveling.

5  **Standard Condition #11: "The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer."**

As of 03/15/2016, Mr. Antalek has failed to report his law enforcement contact which occurred on or about 03/09/2016, in the state of Colorado.

U.S. Probation Officer Recommendation:

The term of supervision should be:

☒ Revoked
☐ Extended for  years, for a total term of  years.

Prob 12C                                         -3-
*Name of Offender: Ryan W. Antalek*                              *Case Number: 1083 6:10CR10003-001*

☐ The conditions of supervision should be modified as follows:

          I declare under penalty of perjury that the foregoing is true and correct.
          Executed on: 03/15/2016

          by _____
Approved:          Justin Hoffman
          U.S. Probation Officer
_____
Chris S. McNiel, SUSPO

---

*Please indicate the Court response below and return to the U.S. Probation Officer*

☒ **No Action.  Summons has previously been issued and hearing set.**
☐ The Issuance of a Warrant.  Petition and warrant sealed and not to be distributed to counsel of record.  Unsealed upon arrest.
☐ The Issuance of a Summons
☐ Other:

          s/ J. Thomas Marten
          Signature of Judicial Officer

          March 15, 2016
          Date